**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Manuel Smith, III,

       Plaintiff,                          Civil No. 09-346 (RHK/RLE)

vs.                                     **DISQUALIFICATION AND**
                                           **ORDER FOR REASSIGNMENT**

St. Paul Community College, et al.,

       Defendants.

     The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

     **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

     **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  February 17, 2009

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge