UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Manuel Smith, III,

            Plaintiff,

   vs.                                              ORDER

Saint Paul Community College,
Minneapolis Community & Technical
College, Century Community &
Technical College, Anoka Ramsey
Community & Technical College
(Coon Rapids), and Central Lakes
College (Brainerd Campus),

            Defendants.                  Civ. No. 09-346 (JNE/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That the Plaintiff's Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> [Docket No. 2] is denied, as moot.

2. That this action is summarily dismissed pursuant to Title 28 U.S.C. §1915(e)(2)(B)(ii).

                                                   BY THE COURT:

DATED: May 18, 2009                      s/ Joan N. Ericksen
                                                   Judge Joan N. Ericksen
                                                   United States District Court